People of State of Illinois, Plaintiff in Error, v. James J. Ballas, Defendant in Error.
People of State of Illinois, Plaintiff in Error, v. Frank Nicolletti, Defendant in Error.

Gen. Nos. 10,526, 10,527.

Lawrence A. Smith, for plaintiff in error; Knight, Haye & Keegan, for defendants in error. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed November 17, 1951; released for publication December 5, 1951.